IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| JAY STENZEL,<br><br>Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY and DOES 1 through 5,<br><br>Defendants. | CV-17-27-GF-JTJ<br><br>**ORDER** |

The Court has been informed that this case has settled at a settlement conference conducted by United States Magistrate Judge Jeremiah C. Lynch on April 16, 2018, Accordingly,

**IT IS HEREBY ORDERED** that all hearings and deadlines in the case are **VACATED**. The parties shall file a stipulation for dismissal and submit to the undersigned a proposed order of dismissal on or before **May 16, 2018**, or show good cause for their failure to do so.

DATED this 16th day of April, 2018.

_____
John Johnston
United States Magistrate Judge