IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| JAY STENZEL, | Cause No: CV-17-27-BMM-JTJ |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| METROPOLITAN LIFE INSURANCE COMPANY and DOES 1 through 5, | |
| Defendants. | |

Upon Stipulation of the parties, and good cause being shown, therefore;

IT IS HEREBY ORDERED that the above case is hereby dismissed, with prejudice. All deadlines and hearings are vacated.

Dated this 4th day of June, 2018.

_____
Brian Morris
United States District Court Judge

1